**Marek BERNACKI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–72457.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Law Office of Alexander Markman, San Diego, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jocelyn Lopez Wright, Kristin K. Edison, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, D.C., for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Marek Bernacki, a native and citizen of Poland, petitions for review of the Board of Immigration Appeals' order summarily dismissing his appeal from an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review questions of law de novo, *Hernandez–Gil v. Gonzales*, 476 F.3d 803, 804 n. 1 (9th Cir.2007), and we deny the petition for review.

The IJ properly denied Bernacki's applications for asylum and withholding of removal because Bernacki failed to comply with the IJ's November 18, 2004, and March 25, 2005, orders and failed to request a continuance from the IJ. *See* 8 C.F.R. § 1003.31(c).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

